```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

---

COMPSTAK, INC.,

              Plaintiff,          23-cv-9195 (JGK)

   - against -               ORDER

COGNIER TECHNOLOGY GROUP INC.,

              Defendant.

---

Pursuant to Federal Rule of Civil Procedure 12(a), the time for the defendant to answer was November 13, 2023. To date, no answer has been filed.

The time for the defendant to answer or respond to the complaint is extended to **November 27, 2023.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

The plaintiff is directed to serve a copy of this Order on the defendant and to file proof of such service on the docket by **November 20, 2023.**

SO ORDERED.

Dated:    New York, New York
           November 16, 2023

                                                  John G. Koeltl
                                        United States District Judge