UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COMPSTAK, INC.,

                Plaintiff,

- against -

COGNIER TECHNOLOGY GROUP INC.,

                Defendant.

23-cv-9195 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

    On November 16, 2023, this Court issued an Order extending the deadline for the defendant to answer or respond to the complaint to November 27, 2023, noting that if the defendant fails to respond by that date, a default may be entered against the defendant. ECF No. 8. The plaintiff timely served the defendant with the Order. ECF No. 9.

    To date, the defendant has not responded. The plaintiff should file an Order to Show Cause for a default judgment against the defendant by **December 8, 2023.**

SO ORDERED.

Dated:   New York, New York
           November 29, 2023

                                              _____
                                                 John G. Koeltl
                                       United States District Judge