UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COMPSTAK, INC.,                      23-cv-9195 (JGK)

         Plaintiff,               ORDER

- against -

COGNIER TECHNOLOGY GROUP INC.,

         Defendant.

---

JOHN G. KOELTL, District Judge:

The parties are directed to submit a Rule 26(f) report by December 18, 2023.

SO ORDERED.

Dated:    New York, New York
         December 4, 2023

                                        /s/ John G. Koeltl
                                           John G. Koeltl
                                     United States District Judge